**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-1198

LUMIE SOUCEK,

Plaintiff - Appellant,

versus

LAWSON MARDON USA, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Richard L. Voorhees, District Judge. (CA-01-423-V)

Submitted: April 25, 2002                    Decided: May 6, 2002

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lumie Soucek, Appellant Pro Se. John Christopher Tillman, Associate Counsel, ALCAN ALUMINUM CORPORATION, Mayfield Heights, Ohio, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lumie Soucek appeals the district court's order dismissing her wrongful termination, harassment, fraud and intentional infliction of emotional distress claims raised on behalf of her husband. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Soucek v. Lawson Mardon USA, Inc., No. CA-01-423-V (W.D.N.C. filed Feb. 8, 2002; entered Feb. 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED